UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| STANLEY PARK,<br><br>Plaintiff,<br><br>vs.<br><br>EUGENE J. CORCORAN, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 2:26-CV-00123-DCLC-CRW |

**ORDER**

This matter is before the Court to consider the Order and Report and Recommendation ("R&R") of the United States Magistrate Judge [Doc. 7]. The magistrate judge granted Plaintiff's Motion to Proceed *in forma pauperis* [Doc. 1] and recommended that Plaintiff's complaint [Doc. 2] be dismissed because it fails to provide sufficient facts to state a colorable claim. *See* [Doc. 7]. Plaintiff did not file objections to the R&R.[1] *See* Fed. R. Civ. P. 72(b). The R&R was returned undeliverable as Plaintiff failed to provide a forwarding address or notice of change of address as is required by Local Rule 83.13. *See* [Docs. 8, 9]; E.D. Tenn. LR 83.13 ("The failure of a *pro se* plaintiff to timely respond to an order or pleading addressed to the last address provided to the Clerk may result in dismissal of the case or other appropriate action.").

After thorough consideration of the R&R and the record as a whole, the Court finds that the R&R properly analyzes the issues presented. For the reasons set out in the R&R, which are incorporated by reference herein, it is hereby **ORDERED** that the R&R [Doc. 7] is **ADOPTED**, and Plaintiff's complaint [Doc. 2] is **DISMISSED WITHOUT PREJUDICE**. A separate judgment shall enter.

[1] Failure to file objections within the 14-day period pursuant to Rule 72(b) results in waiver of the right to appeal the Court's order. *Thomas v. Arn*, 474 U.S. 140, 153–54 (1985).

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge



Case 2:26-cv-00123-DCLC-CRW Document 10 Filed 08/19/26 Page 2 of 2 PageID #: 21